IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHRISTOPHER COTY MAIER,**

                    **Petitioner,**

     v.                                                  **CASE NO. 24-3166-JWL**

**KRIS KOBACH,**

                      **Respondent.**

## **MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Christopher Coty Maier on September 19, 2024. (Doc. 1.) When Petitioner filed the petition that began this case, he neither paid the filing fee nor moved for leave to proceed in forma pauperis. Accordingly, on September 20, 2024, the Court issued a notice explaining to Petitioner that he must either pay the filing fee or move for leave to proceed in forma pauperis on or before October 21, 2024. (Doc. 2.) Petitioner was cautioned that if he failed to do so, "the Judge presiding over your case will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order." *Id.* at 1.

On November 5, 2024, the Court dismissed this matter without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure because it had not received any further filings from Petitioner, nor had Petitioner paid the filing fee. (Doc. 3.) The following day, however, the Court received from Petitioner a motion for leave to proceed in forma pauperis (Doc. 5), along with other documents apparently intended for filing in this matter (Docs. 6 and 7). Because it appears from the dates on the motion for leave to proceed in forma pauperis that Petitioner may have submitted it for mailing before October 21, 2024, the Court will reopen this matter and consider the motion.

1

The motion itself declares that Petitioner is "unable to pay the costs of these proceedings" and, in the attached required affidavit in support of the motion, Petitioner "swear[s] or affirm[s] under penalty of perjury that, because of [his] poverty, [he] cannot prepay the filing fees in this case." (Doc. 5, p. 1-2.) But the affidavit also reflects that Petitioner has the means to pay the $5.00 filing fee in this matter. *Id.* at 3 (Petitioner received "$1,00000 [*sic*]" average monthly income from self-employment), 4 (Petitioner has "$10,00000 [*sic*]" in a bank account), and 5 (Petitioner owns real estate in South America).

The Court further notes that the final portion of the affidavit includes space for the applicant to "[p]rovide any other information that will help explain why you cannot pay the filing fees for your case." *Id.* at 7. In this space, Petitioner has written, "Paid." *Id.* The Court has not received payment of the filing fee in this matter and, because the affidavit does not show that Petitioner is unable to pay the filing fee, the motion for leave to proceed in forma pauperis is denied. Petitioner will be granted time in which to pay the filing fee. If he fails to do so on or before December 9, 2024, this matter will be dismissed without further prior notice to Petitioner.

To the motion, Petitioner attached a document titled "Service Instructions," in which he asks the clerk of this Court to serve the motion on the undersigned and multiple others. (Doc. 5, p. 8-9.) There is no need to serve this motion and the Court declines to direct the clerk to comply with Petitioner's request to do so. Petitioner is further advised that in the future he should ensure that all documents submitted for filing are relevant to the case in which he intends them to be filed. Petitioner's most recent submission included what appears to be a 5-page letter to someone Petitioner refers to as "Baby girl" (Doc. 6), a 15-page document that is nearly incomprehensible (Doc. 7, p. 1-15), and two small, folded pieces of additional paper (Doc. 7, p. 16). The Court will take no further action on these filings.

**IT IS THEREFORE ORDERED** that the clerk shall reopen this matter. The motion for leave to proceed in forma pauperis (Doc. 5) is **denied**. Petitioner is granted to and including **December 9, 2024** in which to pay the $5.00 filing fee. If he fails to do so, this matter will be dismissed without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED:   This 7th day of November, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge