**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**CHRISTOPHER COTY MAIER,**

**Petitioner,**

**v.**                                                    **CASE NO. 24-3166-JWL**

**KRIS KOBACH,**

**Respondent.**

**MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Christopher Coty Maier on September 19, 2024. (Doc. 1.) In an order issued on November 7, 2024, the Court denied Petitioner's motion for leave to proceed in forma pauperis because the affidavit attached to the motion reflected that Petitioner has the ability to pay the $5.00 filing fee. (Doc. 9.) The order granted Petitioner to and including December 9, 2024 in which to pay the filing fee. *Id.* at 3.

On November 22, 2024, the Court received from Petitioner a document titled "Fed[e]ral Complaint." (Doc. 10.) The document is difficult to follow, but it appears to address payment of the filing fee, so the Court will liberally construe it as a response to the earlier order at Doc. 9. Petitioner submits forms used in other courts and suggests that the Court should somehow utilize the forms to assist him in paying his filing fee. The attached forms relate to a motion for leave to proceed in forma pauperis and financial affidavits in support of such a motion. However, this Court has denied Petitioner leave to proceed in forma pauperis and has ordered him to submit the $5 filing fee by December 9, 2024. The attached forms from the District of Columbia dealing with a prisoner's trust fund account and installment payments do not apply in this habeas action, which

1

is not subject to the PLRA.

Petitioner also requests that the Court provide him "the proper forms to have [the filing fee] deducted from his inmate account." If Petitioner needs assistance accessing funds in his inmate account to pay filing fees to this Court, he should inquire with the resources at the facility where he is incarcerated about the proper procedures to do so. Finally, to the extent that Petitioner suggests this Court has had an ex parte communication with a "handler" from the U.S. Navy, the suggestion is completely without merit. The Court will not be taking any action on the response, and Petitioner is reminded that he must pay the filing fee by the Court's December 9, 2024 deadline.

**IT IS THEREFORE ORDERED** that no further action will be taken on Doc. 10. Petitioner has until and including **December 9, 2024** in which to pay the $5.00 filing fee. If he fails to do so, this matter will be dismissed without further prior notice to Petitioner.

**IT IS SO ORDERED.**

DATED:   This 25th day of November, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge